UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MICAHEL NIDIFFER,<br><br>      Plaintiff,<br> v.<br>ROBERT RODRIGUEZ,<br><br>      Defendant. | Case No. 3:25-cv-00409-MMD-CLB<br><br>ORDER |

  Plaintiff Michael Nidiffer seeks default judgment pursuant to Federal Rule of Civil Procedure 55 against Defendant Robert Rodriguez ("Motion"). (ECF No. 9.) The Complaint alleges state law claims, including misrepresentation, breach of contract and conversion, stemming from Plaintiff's transfer of money and property to Defendant in exchange for the sale of collectible sport cards that Defendant failed to transfer to Plaintiff. (ECF No. 1.) For the reasons discussed herein, the Court will grant the Motion but declines to impose punitive damages.

  The Court finds that default judgment is proper because Plaintiff has satisfied the procedural requirements for default judgment pursuant to Fed. R. Civ. P. 55(b). The Clerk of Court properly entered a default against Defendant pursuant to Fed. R. Civ. P. 55(a) because Defendant has failed to appear after having been properly served. (ECF Nos. 6, 8.) Plaintiff has also satisfied the factors for obtaining default judgment articulated in *Eitel v. McCool*, 782 F.2d 1470, 1471-72 (9th Cir. 1986). As to damages, Plaintiff seeks compensatory damages in the amount of $690,000.00, which represents the total monetary and other property Plaintiff transferred to Defendant. (ECF No. 9 at 5, 7.) The Court finds Plaintiff has demonstrated entitlement to compensatory damages, the imposition of a constructive trust in the amount of $690,000.00, as well as attorneys' fees and costs in bringing this action. However, Plaintiff has not demonstrated entitlement to

1  the same amount as punitive damages. Accordingly, the Court denies the Motion as to
2  punitive damages.
3      It is therefore ordered that Plaintiff's motion for default judgment (ECF No. 9) is
4  granted in part and denied in part. The Court grants default judgment against Defendant
5  and in favor of Plaintiff and awards $690,000.00 in compensatory damages. The Court
6  grants the Motion as it relates to Plaintiff's request for the imposition of a constructive
7  trust in the same amount. The Court further grants Plaintiff's Motion as it relates to
8  attorneys' fees and costs. The Court denies the Motion as to punitive damages.
9      It is further ordered that Plaintiff must submit an affidavit of fees and costs incurred
10 in bringing this action within 14 days.
11     It is further ordered that Plaintiff must file a proposed order granting Plaintiff's
12 Motion in part as discussed herein within 14 days.
13     DATED THIS 27th Day of October 2025.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE