RJCHARD A. SCHONFELD, ESQ.
Nevada Bar No. 6815
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 384-5563
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

MICHAEL NIDIFFER, an Individual

    Plaintiff,

vs.

ROBERT RODRJGUEZ, an individual; Doe Individuals I through X, and Roe Corporations I through X,

    Defendants.

CASE NO.    3:25-cv-00409-MMD-CLB

**JUDGMENT AND ORDER GRANTING IN PART PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

    Having come before the Court on Plaintiff's Motion for Default Judgment (ECF No. 9), the Court having reviewed the papers and pleadings on file herein hereby finds good cause for the reasons discussed herein to grant default judgment in favor of Plaintiff Michael Nidiffer and against Defendant Robert Rodriguez, for compensatory damages in the amount of $690,000, for the imposition of a constructive trust in the amount of $690,000, and for attorney's fees with the amount to be set by way of a separate Judgment. The Court finds and Orders as follows:

1.     The Complaint in this case alleges state law claims, including misrepresentation, breach of contract and conversion, stemming from Plaintiff's transfer of money and property to Defendant in exchange for the sale of collectible sport cards that Defendant failed to transfer to Plaintiff. (ECF No. 1.).

1

2.   Plaintiff has satisfied the procedural requirements for default judgment pursuant to Fed. R. Civ. P. 55(b). The Clerk of Court properly entered a default against Defendant pursuant to Fed. R. Civ. P. 55(a) because Defendant has failed to appear after having been properly served. (ECF Nos. 6, 8.) Plaintiff has also satisfied the factors for obtaining default judgment articulated in *Eitel v. McCool*, 782 F.2d 1470, 1471-72 (9th Cir. 1986).

3.   As to damages, Plaintiff seeks compensatory damages in the amount of $690,000.00, which represents the total monetary and other property Plaintiff transferred to Defendant. (ECF No. 9 at 5, 7.) The Court finds Plaintiff has demonstrated entitlement to compensatory damages in the amount of $690,000, the imposition of a constructive trust in the amount of $690,000.00, as well as attorneys' fees and costs in bringing this action.

4.   The Court does not find that Plaintiff has demonstrated entitlement to punitive damages.

**IT IS THEREFORE ORDERED**, that Plaintiff Michael Nidiffer is granted Judgment against Defendant Robert Rodriguez as follows:

**FIRST CAUSE OF ACTION - MISREPRESENTATION/FRAUD:**

$690,000 (Six Hundred Ninety Thousand Dollars) in general and compensatory damages against Defendant Robert Rodriguez and in favor of Plaintiff Michael Nidiffer, concurrent to all other causes of action against Robert Rodriguez.

**SECOND CAUSE OF ACTION - BREACH OF CONTRACT:**

$690,000 (Six Hundred Ninety Thousand Dollars) in general and compensatory damages against Defendant Robert Rodriguez and in favor of Plaintiff Michael Nidiffer, concurrent to all other causes of action against Robert Rodriguez.

**THIRD CAUSE OF ACTION - BREACH OF IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING:**

$690,000 (Six Hundred Ninety Thousand Dollars) in general and compensatory damages against Defendant Robert Rodriguez and in favor of Plaintiff Michael Nidiffer, concurrent to all other causes of action against Robert Rodriguez.

**FOURTH CAUSE OF ACTION - UNJUST ENRICHMENT:**

$690,000 (Six Hundred Ninety Thousand Dollars) in general and compensatory damages against Defendant Robert Rodriguez and in favor of Plaintiff Michael Nidiffer, concurrent to all other causes of action against Robert Rodriguez.

**FIFTH CAUSE OF ACTION - CONVERSION:**

$690,000 (Six Hundred Ninety Thousand Dollars) in general and compensatory damages against Defendant Robert Rodriguez and in favor of Plaintiff Michael Nidiffer, concurrent to all other causes of action against Robert Rodriguez.

**SIXTH CAUSE OF ACTION - CONSTRUCTIVE TRUST:**

$690,000 (Six Hundred Ninety Thousand Dollars) as a constructive trust for the benefit of Plaintiff Michael Nidiffer and against Defendant Robert Rodriguez.

**IT IS ORDERED, ADJUDGED AND DECREED**, that as stated herein, Judgment is entered in favor of the Plaintiff Michael Nidiffer and against the Defendant Robert Rodriguez in the amount of $690,000.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED,** that as stated herein, the Court hereby imposes a constructive trust for the benefit of Plaintiff Michael Nidiffer and against Defendant Robert Rodriguez, in the amount of $690,000. The Court therefore imposes an equitable lien in favor of Plaintiff Michael Nidiffer on all property in the possession of Robert Rodriguez for the amount of $690,000.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED,** that Plaintiff Michael Nidiffer is entitled to post-judgment interest on the amount of the Judgment awarded herein to be calculated at the statutory rate commencing on the date that this Judgment is executed by the Court.

///

3

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED,** that Plaintiff Michael Nidiffer is entitled to an award of attorney's fees and costs. Plaintiff shall submit an Affidavit of Fees and Costs incurred in bringing this action no later than November 10, 2025, and the Court will enter a separate Judgment for attorney's fees and costs incurred.

**IT IS SO ORDERED.**

Dated this __5th__ day of November, 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE