**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

MICHAEL NIDIFFER,

Plaintiff,

v.

ROBERT RODRIGUEZ, *et al.*,

Defendants.

Case No. 3:25-CV-00409-MMD-CLB

**ORDER GRANTING PLAINTIFF'S MOTION FOR ORDER TO SHOW CAUSE**

[ECF No. 19]

Before the Court is Plaintiff Michael Nidiffer's ("Nidiffer") motion for an order to show cause why Defendant Robert Rodriguez ("Rodriguez") should not be held in contempt of court, for sanctions, attorneys' fees, costs, and issuance of a bench warrant. (ECF No. 19.) On November 5, 2025, the Court granted Nidiffer's motion for default judgment in part against Rodriguez and directed the Clerk of the Court to enter judgment against Rodriguez. (ECF No. 13.) On January 29, 2026, the Court granted Nidiffer's motion allowing him to conduct post-judgment discovery and to take a debtor's exam of Rodriguez on March 20, 2026, at 10:00 am. (ECF No. 17.) However, Rodriguez did not appear.

On May 6, 2026, Nidiffer filed this motion for an order to show cause based on Rodriguez's failure to appear at the judgment debtor's exam. (ECF No. 19.) Rodriguez did not file an opposition. Pursuant to Local Rule 7-2(d), the failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion.

**IT IS THEREFORE ORDERED** that Nidiffer's motion for order to show cause, (ECF No. 19), is **GRANTED**. Following the entry of this order, the Court will issue an order to show cause.

**DATED**: September 21, 2026.

**UNITED STATES MAGISTRATE JUDGE**